UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDY RIDEAUX** | **CIVIL ACTION** |
| **VERSUS** | |
| **ACE AMERICAN INSURANCE COMPANY, ET AL.** | **NO.:15-00298-BAJ-EWD** |

<u>ORDER AND RULING</u>

The **Ex-Parte Motion for Voluntary Dismissal (Doc. 8)** filed by Plaintiff Judy Rideaux is **GRANTED**.

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this <u>12th</u> day of February, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

JURY